# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151292

LAKELAND HOSPITALS AT NILES
AND ST. JOSEPH, INC.,
      Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE
COMPANY,
      Defendant-Appellant,

and

HOME-OWNERS INSURANCE
COMPANY
      Defendant.

SC: 151292
COA: 318440
Berrien CC: 12-000067-NF

_____/

On order of the Court, the application for leave to appeal the February 12, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

a1118